UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE C. ELEBY, | No. 2:18-cv-3026 DB P |
| Plaintiff, | |
| v. | ORDER |
| M. VOONG, et al., | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a California Superior Court "Request to Waive Additional Court Fees" form. (ECF Nos. 1, 3). To the extent plaintiff intends to request in forma pauperis status with the filing of the latter, plaintiff has not submitted the request on a proper form. Therefore, plaintiff's request for leave to proceed in forma pauperis will be denied, and plaintiff will be granted thirty days to submit a new request on a proper form.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 3) is DENIED without prejudice;

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action, and

////

1

3. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order. Plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so may result in a recommendation that this action be dismissed without prejudice.

Dated: November 28, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/eleb3026.3d