UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE C. ELEBY, | No. 2:18-cv-3026 DB P |
| Plaintiff, | |
| v. | ORDER |
| M. VOONG, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $50.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). On November 29, 2018, the court ordered plaintiff either to file an in forma pauperis application within thirty days or to pay the filing fee to proceed with this action.[2] (See ECF No. 10). At that time, plaintiff was sent a copy of this court's application to proceed in forma pauperis. (See id. at 1).

////

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

[2] On October 18, 2018, instead of filing an in forma pauperis form that was appropriate for this court, plaintiff had filed a Request to Waive Additional Court Fees (Superior Court), a state court form. (See ECF No. 3).

1

More than thirty days have passed and plaintiff has yet to file either the in forma pauperis application or to pay the filing fee. Plaintiff will be provided a final opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $400.00.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within fourteen days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed, and

2. The Clerk of the Court is directed to send plaintiff a second and final Application to Proceed In Forma Pauperis By a Prisoner.

Dated: January 2, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/eleb3026.3a(CDCR)